No. 1324. MENK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *William C. Erbecker* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.

No. 1326. ST. JAMES TEMPLE OF THE A. O. H. CHURCH OF GOD, INC., ET AL. *v.* BOARD OF APPEALS OF THE CITY OF CHICAGO ET AL. App. Ct. Ill., 1st Dist. Certiorari denied. *John P. Madigan* for petitioners. *Raymond F. Simon, Marvin E. Aspen,* and *Howard G. Goldman* for respondents.

No. 1334. GOLTEN MARINE CO., INC. *v.* TRELLEBORGS ANGFARTYGS A/B ET AL. C. A. 2d Cir. Certiorari denied. *Sidney A. Schwartz* for petitioner. *William P. Kain, Jr., Francis X. Byrn,* and *Joseph V. Fleming* for respondent Trelleborgs Angfartygs A/B.

No. 1343. WILKINSON *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. *George E. Tyack* for petitioner.

No. 1347. STANLEY-ARTEX WINDOWS, DIVISION OF STANLEY WORKS *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied. *Glenn L. Greene, Jr.,* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent.

No. 1773, Misc. SMITH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.